IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-260-01 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| DERRICK RUSSELL FELDER | : | (Electronically Filed) |

SECOND SUPPLEMENT TO *PRO SE* MOTION FOR
REDUCTION UNDER 18 U.S.C. § 3582(c)

AND NOW comes Derrick Russell Felder, by his attorney, James V. Wade, of the Federal Public Defenders Office, and files this Second Supplement to the *Pro Se* Motion for Reduction Under 18 U.S.C. § 3582(c). In support thereof, it is averred as follows:

1. On April 9, 2008 an Addendum to the Presentence Report was sent to the parties.

2. On April 14, 2008, counsel filed a Supplement in support of the *pro se* request for reduction.

3. Derrick Felder recently sent counsel two pages of computer printouts that relate to Felder's education and drug programming at FCI Ray Brook, New York.

4.    Counsel files the print outs to support Felder's request for reduction.

5.    The print outs are relevant to Felder's post-sentence conduct and institutional adjustment.

6.    The educational print out shows Felder completed the Drawing I course on April 2, 2008 (a 9 to 10 week program).  He is currently enrolled in an Air Writing for Broadcasting course.  (Attached)

7.    The drug programming print out shows he has completed his drug education programming (7 to 8 weeks of programming).  (Attached)

WHEREFORE, it is respectfully requested that this Honorable Court grant Derrick Russell Felder's *Pro Se* Motion to Reduce Sentence Under 18 U.S.C. § 3582(c).

Respectfully submitted,

Date:   May 7, 2008

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
*Attorney for Derrick R. Felder*

# CERTIFICATE OF SERVICE

I, James V. Wade, Federal Public Defender for the Middle District of Pennsylvania, do hereby certify that I served a copy of the foregoing **SECOND SUPPLEMENT TO THE *PRO SE* MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(2),** via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Martin A. Carlson, Esquire

William A. Behe, Esquire

Drew Thompson

Derrick Russell Felder

Date: May 7, 2008

*s/ James V. Wade*
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*<James_Wade@fd.org>*
*Attorney for Derrick Russell Felder*