```
 RBKM7           *           INMATE EDUCATION DATA        *     04-17-2008
PAGE 001 OF 001 *                TRANSCRIPT               *     12:39:07

REGISTER NO: 10894-067   NAME..: FELDER                       FUNC: PRT
FORMAT.....: TRANSCRIPT  RSP OF: RBK-RAY BROOK FCI
------------------------- EDUCATION INFORMATION ---------------------------
                                          START DATE/TIME STOP DATE/TIME
FACL ASSIGNMENT DESCRIPTION
RBK  ESL HAS    ENGLISH PROFICIENT        09-03-2003 0001 CURRENT
RBK  GED HAS    COMPLETED GED OR HS DIPLOMA 09-15-2003 0001 CURRENT
-------------------------- EDUCATION COURSES -----------------------------
                                         START DATE  STOP DATE EVNT AC LV HRS
SUB-FACL  DESCRIPTION
RBK       AIR WRITING FOR BROADCASTING    04-11-2008 CURRENT
RBK       DRAWING I                       01-25-2008 04-02-2008  P  C  P  12




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
 RBKM7   531.01 *            INMATE HISTORY              *      04-17-2008
PAGE 001 OF 001 *              DRUG PGMS                 *      12:39:25

 REG NO..: 10894-067 NAME....: FELDER, DERRICK RUSSELL
 CATEGORY: DRG        FUNCTION: PRT         FORMAT:

FCL     ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
RBK     DRG E COMP DRUG EDUCATION COMPLETED   02-22-2007 0734 CURRENT
RBK     DRG I RQ J DRG INTRV REQD: JUD RECOMMEND 05-01-2006 1225 CURRENT
RBK     ED PART R  DRUG EDUCATION PARTICIPNT-REQD 12-29-2006 1154 02-22-2007 0734
RBK     ED WAIT R  DRUG EDUCATION WAIT-REQUIRED 10-31-2006 0923 12-29-2006 1154
RBK     ED PART R  DRUG EDUCATION PARTICIPNT-REQD 10-16-2006 0838 10-31-2006 0923
RBK     ED WAIT R  DRUG EDUCATION WAIT-REQUIRED 06-16-2006 1439 10-16-2006 0842
RBK     DRG I NONE NO DRUG INTERVIEW REQUIRED  07-11-2003 0803 05-01-2006 1225




    G0000        TRANSACTION SUCCESSFULLY COMPLETED
```